UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES K. WICKERSHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HILARY W. CLARK, individually;<br>CHRISTOPHER W. CLARK; CHARLES K.<br>CLARK; HADLEY E. CLARK; and<br>EDWARD HUFF, Interim Trustee of<br>the GT Turnbow Trust,<br><br>　　　　Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIMS<br>_____ | 1:05-cv-01114 OWW LJO<br><br>ORDER GRANTING DEFENDANTS'<br>EX PARTE APPLICATION,<br>PURSUANT TO RULE 56(f), TO<br>CONTINUE THE HEARING ON<br>PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT |

　　　The joint Ex Parte Application of Defendants Edwin D. Huff, Interim Trustee of the Grover D. Turnbow Trust, Hilary W. Clark, Christopher W. Clark, Charles K. Clark and Hadley E. Clark to continue the hearing on Plaintiff's motion for summary judgment pursuant to Rule 56(f) of the Federal Rules of Civil Procedure came before this Court on November 18, 2005.

　　　After considering the papers, evidence and arguments submitted in support of and opposition to Defendants' joint application, and good cause appearing, IT IS HEREBY ORDERED that

1

1  Defendants' joint application is GRANTED.  The hearing on
2  Plaintiff's Motion for Summary Judgment is continued to February
3  6, 2006, at 10:00 a.m. in Courtroom 2.
4       Discovery on this motion shall commence immediately.  Such
5  discovery shall be completed by January 10, 2006.

7  DATED:  November 21, 2005.

                                    /s/ OLIVER W. WANGER
                              _____
                                    Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE

11  wickersham v. clark order