JOHN P. DESMOND
California Bar No. 176430
JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504
Tel: (775) 786-5000
Fax: (775) 786-1177

Bette B. Epstein
California Bar No. 124859
REED SMITH, LLP
1999 Harrison Street
Oakland, CA 94612
Direct Phone: (510) 763-2000
Fax:  (510) 273-8832

Attorneys for Plaintiff,
James K. Wickersham

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES K. WICKERSHAM,<br><br>          Plaintiff,<br><br>     v.<br><br>HILARY W. CLARK, individually; CHRISTOPHER W. CLARK; CHARLES J. CLARK; HADLEY E. CLARK; AND EDWARD HUFF, Interim Trustee of the GT Turnbow Trust,<br><br>          Defendants. | Case No.:  1:05-CV-01114-OWW-LJO<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING TO APRIL 17, 2006**<br><br>Date: April 17, 2006<br>Time:  10:00 a.m.<br>Courtroom:  3<br>Judge:  Oliver W. Wanger |

Pursuant to L.R. 5-135 and 6-136(a), the parties hereby stipulate that the hearing on all outstanding motions previously scheduled for March 13, 2006 shall be re-scheduled to April 17, 2006 at 10:00 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger.

///

///

Page 1 of 2

G:\docs\GLucas\Orders To Be Signed\05cv1114.stip.doc

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March 13, 3006

JONES VARGAS

By: */s/ John Desmond*
John Desmond
JONES VARGAS
100 W. Liberty Street, 12th Floor
Reno, NV 89501

Bette Epstein
REED SMITH LLP
1999 Harrison Avenue, Suite 2400
Oakland, CA 94612

Doug Tucker
KIMBLE, MACMICHAEL & UPTON
Fig Garden Financial Center
5260 North Palm Avenue, Suite 221
Fresno, CA 93704

Attorneys for Plaintiff
JAMES K. WICKERSHAM

THELEN REID & PRIEST LLP

By */s/ Dean A. Morehous*
Dean A. Morehous
Attorneys for Defendants and Counterclaimants
HILARY W. CLARK, CHRISTOPHER W. CLARK, CHARLES K. CLARK and HADLEY E. CLARK

PAUL HASTINGS LLP

By: */s/ Kevin C. McCann*
Kevin C. McCann
Attorneys for Defendant and Counterclaimant EDWIN D. HUFF, Interim Trustee of the Grover D. Turnbow Trust

IT IS SO ORDERED:

Dated: March 15, 2006        /s/ OLIVER W. WANGER
                             UNITED STATES DISTRICT JUDGE

G:\docs\GLucas\Orders To Be Signed\05cv1114.stip.doc

PDF created with pdfFactory trial version www.pdffactory.com