1  JOHN P. DESMOND
   California Bar No. 176430
2  JONES VARGAS
   100 W. Liberty Street, 12th Floor
3  P.O. Box 281
   Reno, NV 89504
4  Tel: (775) 786-5000
   Fax: (775) 786-1177
5

6  Bette B. Epstein
   California Bar No. 124859
7  REED SMITH, LLP
   1999 Harrison Street
8  Oakland, CA 94612
   Phone: (510) 763-2000
9  Fax:  (510) 273-8832

10  Attorneys for Plaintiff/Counter-Defendant
    James K. Wickersham

FILED
OCT 1 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES K. WICKERSHAM, | CASE NO. 1:05-CV-01114-~~GSA~~ LJO |
|---|---|
| Plaintiff, | |
| v. | |
| HILARY W. CLARK, individually; CHRISTOPHER W. CLARK; CHARLES J. CLARK; HADLEY E. CLARK; AND EDWIN HUFF, Interim Trustee of the GT Turnbow Trust, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to the Stipulation for Dismissal With Prejudice filed with this Court on October 9, 2007 and for good cause shown;

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice with all parties to bear their own fees and costs.

DATED this _12_ day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE